**B3B (Official Form 3B) (12/07) -- Cont.**

# United States Bankruptcy Court
## Northern District of Illinois

In re: Marsha Henriksen          Case No. 09 B 27497
       Debtor(s)

### ORDER ON DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE

Upon consideration of the debtor's "Application for Waiver of the Chapter 7 Filing Fee," the court orders that the application be:

[ ] **GRANTED.**

This order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted.

[✓] **DENIED.**

The debtor shall pay the chapter 7 filing fee according to the following terms:

$ 75.00    on or before July 29, 2009

$ 75.00    on or before Aug. 30, 2009

$ 75.00    on or before Sept. 30, 2009

$ 74.00    on or before Oct. 30, 2009

Until the filing fee is paid in full, the debtor shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

IF THE DEBTOR FAILS TO TIMELY PAY THE FILING FEE IN FULL OR TO TIMELY MAKE INSTALLMENT PAYMENTS, THE COURT MAY DISMISS THE DEBTOR'S CASE.

[ ] **SCHEDULED FOR HEARING.**

A hearing to consider the debtor's "Application for Waiver of the Chapter 7 Filing Fee" shall be held on _____ at _____ AM/PM at _____.
                                                   (address of courthouse)

IF THE DEBTOR FAILS TO APPEAR AT THE SCHEDULED HEARING, THE COURT MAY DEEM SUCH FAILURE TO BE THE DEBTOR'S CONSENT TO THE ENTRY OF AN ORDER DENYING THE FEE WAIVER APPLICATION BY DEFAULT.

BY THE COURT:

DATE: July 31, 2009                    /s/ Pamela S. Hollis
                                       United States Bankruptcy Judge

## CERTIFICATE OF SERVICE

Case Number:   09 B 27497
Case Name:     Marsha Henriksen

I, Steven P. Beckerman, Relief Courtroom Deputy to the Honorable Pamela S. Hollis, do hereby certify that on the 31st day of July, 2009, I caused to be served via the Court's electronic notification or via First Class mail (**) a true and correct copy of:

Order Denying Debtor's Application For Waiver Of The Chapter 7 Filing Fee Dated: July 31, 2009

to each of the following named individuals:

**Marsha Henriksen(**)**
1000 Charlela Ln., Apt 110
Elk Grove Village, IL 60007

**David P Leibowitz, ESQ**
Leibowitz Law Center
420 Clayton Street
Waukegan, IL 60085-4232

*U.S. Trustee*
**William T Neary**
Office of the U.S. Trustee, Region 11
219 S. Dearborn St., Suite 873
Chicago, IL 60604

*Steven P. Beckerman* (signature)
Steven P. Beckerman
Relief Courtroom Deputy